# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE & HUDSON RAILWAY COMPANY, INC., ET AL.,<br><br>                                              Plaintiffs,<br><br>           v.<br><br>KNOEDLER MANUFACTURERS, INC.<br><br>                                              Defendant. | Civil Action No. 1:11-cv-00314 (BJR)<br><br>ORDER ON DEFENDANT'S OBJECTIONS TO PLAINTIFFS' COUNTER-DEPOSITION DESIGNATIONS |

## I.     INTRODUCTION

Now before the Court are Defendant Knoedler's objections to Plaintiffs' counter-deposition designations.  Dkt. No. 237.

## II.     DISCUSSION

The rulings below correspond to Knoedler's objections in Dkt. No. 237.  The Court rules as follows:

*I.* **Objections to Christine Ward Counter-Deposition Designations.  (Dkt. No. 235-1)**

   a.  Page 47, lines 4-10.  Sustained.

   b.  Page 128, lines 24-25; Page 129 lines 1-10.  Overruled.

   c.  Page 143, lines 11-14.  Overruled.

*II.* **Objections to Robert Lunday Counter-Deposition Designations (Dkt. No. 235-2)**

   a.  Page 45, lines 8-23.  Sustained.

   b.  Page 76, lines 19-25; Page 77, lines 1-2.  Sustained.

1

c. Page 77, lines 11-14.  Overruled.

d. Page 77, lines 16-21.  Overruled.

e. Page 78, lines 4-21.  Sustained.

*III.* **Objections to Justin Whyte Counter-Deposition Designations (Dkt. No. 235-4)**

a. Page 55, lines 6-13.  Overruled.

b. Page 56, lines 24-25; Page 57, lines 1-8.  Sustained.

c. Page 67, lines 10-14.  Overruled.

d. Page 72, lines 9-14; Page 73, lines 6, 15-73 (*sic*).  Overruled.

   Page 74, lines 1-9.  Sustained.

e. Page 74, lines 10-24.  Sustained.

f. Page 159, lines 3-9.  Overruled.

g. Page 182, lines 18-22.  Sustained.

h. Page 213, lines 18-25.  Overruled.

i. Page 261, lines 12-25; Page 262, line 1.  Overruled.

j. Page 262, lines 2-12.  Overruled.

k. Page 263, lines 22-25; Page 264, lines 1-12.  Overruled.

l. Page 281, lines 1-9.  Overruled.

*IV.* **Objections to Randy Congdon Counter-Deposition Designations (Dkt. No. 235-6)**

a. Page 29, lines 13-25; Page 30, lines 1-2.  Sustained.

b. Page 59, lines 13-14.  Sustained.

c. Page 62, lines 9-17.  Overruled.

d. Page 78, lines 2-3.  Overruled.

e. Page 105, lines 7-15.  Overruled.

f. Page 107, lines 21-25; Page 108, lines 1-7.  Overruled.

g. Page 108, lines 8-22.  Overruled.

h. Page 108, lines 23, 25; Page 109, lines 1-23.  Overruled.

i. Page 110, lines 6-12.  Overruled.

j. Page 110, lines 14-25; Page 111, lines 1-22.  Overruled.

k. Page 111, lines 23-25; Page 112, lines 1-12, 22-25; Page 113, line 1.  Sustained.

l. Page 114, lines 3-11.  Overruled.

m. Page 114, lines 22-25; Page 115, lines 1-12.  Overruled.

n. Page 117, lines 19-25; Page 118, lines 1-4.  Overruled.

o. Page 118, lines 22-25.  Overruled.

p. Page 125, lines 19-21.  Sustained.

q. Page 126, lines 23-25; Page 127, lines 1-2.  Sustained.

r. Page 128, lines 1-5.  Sustained.

*V.* **Objections to Dan Weel's Counter-Deposition Designations (Dkt. No. 235-7)**

a. Page 115, lines 9-18.  Sustained.

b. Page 130, lines 23-25; Page 131, lines 1-22.  Sustained.

c. Page 205, line 25; Page 206, lines 1-8.  Overruled.

d. Page 206, lines 15-21.  Overruled.

e. Page 206, lines 23-25; Page 207, lines 1-2.  Overruled.

f. Page 208, lines 8-15.  Sustained.

g. Page 208, lines 17-21.  Sustained.

h. Page 209, lines 1-24.  Sustained.

i.  Page 218, lines 23-25; Page 219, lines 1-9.  Overruled.

j.  Page 219, lines 23-25; Page 220, lines 1-23.  Overruled.

k.  Page 224, lines 16-25; Page 225, lines 1-6.  Sustained.

*VI.* **Objections to Mirek Wierucki Counter-Deposition Designations (Dkt. No. 235-8)**

a.  Page 108, lines 1-5.  Sustained.

Page 109, lines 1-16.  Overruled.

b.  Page 181, lines 21-25; Page 182, lines 1-7.  Overruled.

c.  Page 194, lines 10-23.  Sustained.

d.  Page 194, lines 24-25; Page 195, lines 1-4.  Sustained.

e.  Page 203, lines 203, lines 22-25; Page 204, lines 1-25; Page 205, lines 1-8.  Overruled.

f.  Page 241, lines 18-20.  Sustained.

g.  Page 298, lines 22-25; Page 299, lines 13-25; Page 300, lines 1-4.  Sustained.

## III.    CONCLUSION

The Court rules as stated above.

Dated this 1st day of November, 2018.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge